UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-mj-467-RJJ |
| vs. | ) | |
| DAVID TOM, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on a Stipulation to Continue Trial (#8).

The Court having reviewed the Stipulation (#8) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation to Continue Trial (#8) is **GRANTED IN PART AND DENIED IN PART**.

IT IS FURTHER ORDERED that the Stipulation to Continue Trial (#8) is GRANTED in that the trial scheduled for September 8, 2010, at 9:00 AM is VACATED.

IT IS FURTHER ORDERED that the trial is RESCHEDULED to October 6, 2010, at 9:00 AM.

IT IS FURTHER ORDERED that the Stipulation to Continue Trial (#8) is DENIED as to all other requests.

DATED this 7th day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge